Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington Corporation<br><br>Plaintiff,<br><br>v.<br><br>TOMTOM N.V., a Netherlands Corporation, and TOMTOM, INC., a Massachusetts Corporation,<br><br>Defendants. | Case No: 2:09-cv-00247 RAJ<br><br>**PLAINTIFF MICROSOFT CORPORATION'S NOTICE OF DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)]** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Microsoft Corporation hereby submits this notice dismissing the instant action without prejudice.

Respectfully submitted,

KLARQUIST SPARKMAN, LLP

Dated: April 2, 2009        By:    s/ Adam R. Wichman
                                   Adam R. Wichman (WSBA No. 38466)
                                   adam.wichman@klarquist.com
                                   John D. Vandenberg (WSBA No. 38445)
                                   john.vandenberg@klarquist.com
                                   600 University Street, Suite 2950
                                   Seattle, Washington  98101

NOTICE OF DISMISSAL - 1
CASE NO. 2:09-cv-00247 RAJ

KLARQUIST SPARKMAN, LLP
One Union Square
600 University Street, Suite 2950
Seattle, WA  98101
(206) 264-2960

Telephone:  206-264-2960
Facsimile:  206-624-2719

OF COUNSEL:

David E. Killough (WSBA No. 40185)
davkill@microsoft.com
MICROSOFT CORPORATION
1 Microsoft Way, 8/2076
Redmond, Washington 98052
Telephone:      425-703-8865
Facsimile:       425-869-1327

David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
Douglas I. Lewis
dilewis@sidley.com
John W. McBride
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:      312-853-7000
Facsimile:       312-853-7036

Marc R. Ascolese
mascolese@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:  415-772-1200
Facsimile:       415-772-7400

*Attorneys for Plaintiff*
Microsoft Corporation

NOTICE OF DISMISSAL - 2
CASE NO. 2:09-cv-00247 RAJ

KLARQUIST SPARKMAN, LLP
One Union Square
600 University Street, Suite 2950
Seattle, WA  98101
(206) 264-2960